AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

13 JUL 26 PM 1: 30

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Case No. 1:13MJ-41 |
| | ) | |
| Jeffrey Lynn Hines | ) | |
| | ) | |

*Defendant*

## CRIMINAL COMPLAINT

I, Gregory Duerstock, a Postal Inspector with the United States Postal Inspection Service (USPIS),, the complainant in this case, state the following is true to the best of my knowledge and belief:

a.  In or about and between August 2010 and April 2011, in the Western District of Kentucky, Logan County, Kentucky, Jeffrey Lynn Hines knowingly received material that contained child pornography that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(2)(B) and (b)(1);

b.  On or about July 25, 2013, in the Western District of Kentucky, Logan County, Kentucky, Jeffrey Lynn Hines knowingly possessed material that contains an image of child pornography that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in or affecting interstate or foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, or shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2); and

c.  On or about July 25, 2013, in the Western District of Kentucky, Logan County, Kentucky, Jeffrey Lynn Hines, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, possessed two firearms which had been shipped or transported in interstate or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

This criminal complaint is based on these facts:

XX☐    Continued on the attached sheet

X _Gregory St Duerstock_
*Complainant's signature*

Gregory Duerstock
United States Postal Inspector
*Printed name and title*

*Sworn to before me and signed in my presence.*

Date: JULY 26, 2013

_James D. Moyer_
*Judge's Signature*

JAMES D. MOYER
United States Magistrate Judge

City and State:    Louisville, Kentucky

*Printed Name and Title*

# AFFIDAVIT

I, Gregory Duerstock, being first duly sworn, hereby depose and state as follows:

1. I am a Postal Inspector with the United States Postal Inspection Service (USPIS) assigned to the Pittsburgh Division, in Cincinnati, Ohio. I have been so employed since March of 2003. As a United States Postal Inspector, I am assigned to the Security and Dangerous and Prohibited Mailings Team responsible for the investigation of federal offenses involving the mailing of prohibited items, including, but not limited to production, possession, transportation, distribution, receipt and sale of child pornography through the United States mail, in violation of 18 U.S.C. §§ 2251, et. seq. In conjunction with my assignment, I have attended child pornography seminars and meetings. I have participated in investigations of individuals suspected of distributing and receiving child pornography via the U.S. Mails, and I have participated in the execution of search warrants which have resulted in the seizure of multiple items of child pornography such as; videotapes, still photographs, computer images, magazines, floppy disks, central processing units, printers and modems.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I am responsible for the investigation of federal offenses involving the production, possession, transportation, distribution, receipt, and sale of child pornography[1] through the United States mail, in violation of 18 U.S.C. §§ 2252 and 2252A.

3. This affidavit is being made in support of a Criminal Complaint and Arrest Warrant for Jeffrey Lynn Hines pertaining to the following charges: (a) receipt of child pornography; (b) possession of child pornography; and (c) possession of a firearm by a convicted felon.

4. The information contained within this affidavit is based on my training and experience, as well as information related to me by other law enforcement officers, including Postal Inspector Brian Bone and Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") Special Agent Kevin Cruce.

5. Affiant previously requested and obtained a federal search warrant (Case Number 1:13MJ-038) for Hines's residence located in Adairville (Logan County), Kentucky. The Affidavit filed in support of said Application for a Search Warrant is incorporated as if set out fully herein.

6. Through the course of the criminal investigation outlined in the Affidavit in support of the Search Warrant referenced above, Postal Inspectors identified Jeffrey Lynn Hines, with an address on Nashville Road, in Adairville, Kentucky, as a person who had ordered child pornography from a company that mailed the ordered materials to him at the

---

[1] As used throughout this Affidavit, the term "child pornography" is used as defined in 18 U.S.C. § 2256(8)(a).

Nashville Road address. They were able to identify specific materials purchased by Hines as well as his shipping and billing address.

7. On July 25, 2013, your affiant and other members of law enforcement executed the federal Search Warrant referenced above. Hines was not at home during execution of the warrant. However, his father (who also lived in the residence), was present for execution of the warrant. Law enforcement officials seized the following items:[2]

     a. Dell computer;

     b. Dell laptop computer;

     c. Compaq computer;

     d. Emachine computer;

     e. Apple laptop computer;

     f. Sanyo video recorder;

     g. Disposable camera;

     h. Mini camera;

     i. 2 video cameras;

     j. 5 flash drives;

     k. 7 SD memory cards;

     l. Approximately 300 VHS tapes;

     m. Approximately 32 DVDs to include the ones listed in the affidavit;

     n. 3 cell phones;

     o. 3 ring binder containing child pornography images;

     p. Photo quality paper images of nude male children engaged in oral and anal sexual activity;

     q. Miscellaneous handwritten documents to include websites and passwords; and

     r. Four firearms, including but not limited to, a Remington, wingmaster model 870, 12 gauge semi automatic pump shotgun bearing serial number 1001661V and a Maverick, model 88, 12 gauge semi automatic pump shotgun, bearing serial number MV38634L.

8. Several of the DVDs specifically referenced in the Affidavit in support of the federal Search Warrant were recovered during execution of the Search Warrant. The DVDs had been ordered by Hines and delivered to him (*via* United States mail) after he paid for them.

9. The DVDs previously ordered by Hines as well as the printed materials and several videos seized from his home depicted minors engaged in sexually explicit conduct, that is, child pornography. VHS tapes contained videos that had been downloaded from the

---

[2] The full contents of the computers and storage media are unknown at this time. The items will be subjected to further examination.

Internet. The videos depicted minor boys masturbating. The printed materials were on photo quality paper and depicted nude male children engaged in oral and anal sexual acts.

10. Law enforcement officials found a small video recorder secreted in the bathroom of the residence. Law enforcement officials also discovered videos (captured by the hidden recorder) depicting a minor boy and girl using the bathroom.

11. Law enforcement officials also discovered a video depicting a boy in a vehicle at night. A flashlight is shone on the boys as he opens his pants. An adult male hand enters view and begins to masturbate the boy. Voices can be heard on the video. A person familiar with Hines's voice believed one of the voices on the video as Hines.

12. Information from the Kentucky State Police Sex Offender Registry website shows that Jeffrey Lynn Hines, date of birth XX/XX/1973, and address XXXX Nashville Road, Adairville, KY 42202 is a lifetime sex offender registrant for violating Ky. Rev. Stat. 510.110. The Registry reflects Hines's sexual abuse 1st degree of a minor (age 6) conviction. Similarly, a criminal records check for Hines reflects a 1995 conviction for 1st degree sexual abuse in Logan County, Kentucky. Under Kentucky law, 1st degree sexual abuse is a class c felony punishable by five to ten years in prison.

13. During execution of the Search Warrant, law enforcement officials observed several firearms in the home. They seized four firearms from Hines's bedroom. ATF Special Agent Cruce examined the firearms. Based upon his specialized training and experience concerning firearms' manufacturing, two of the firearms, *i.e.*, Remington, wingmaster model 870, 12 gauge semi automatic pump shotgun bearing serial number 1001661V and a Maverick, model 88, 12 gauge semi automatic pump shotgun, bearing serial number MV38634L, were not manufactured in the Commonwealth of Kentucky.

## CONCLUSION

Based on the foregoing information, I respectfully submit that there is probable cause to believe that:

    a. In or about and between August 2010 and April 2011, in the Western District of Kentucky, Logan County, Kentucky, Jeffrey Lynn Hines knowingly received material that contained child pornography that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(2)(B) and (b)(1);

    b. On or about July 25, 2013, in the Western District of Kentucky, Logan County, Kentucky, Jeffrey Lynn Hines knowingly possessed material that contains an image of child pornography that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in or affecting interstate or foreign commerce by any means, including by computer, and that was produced using

3

materials that had been mailed, or shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2); and

c. On or about July 25, 2013, in the Western District of Kentucky, Logan County, Kentucky, Jeffrey Lynn Hines, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, possessed two firearms which had been shipped or transported in interstate or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

GREGORY DUERSTOCK
United States Postal Inspector


SUBSCRIBED and SWORN before me this 26th day of July, 2013.


JAMES D. MOYER
United States Magistrate Judge

DJH:JEL:ASM